## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Weathersby, Nathaniel | Case Number:  07 B 23802 |
| Weathersby, Carmelita | Judge:  Hollis, Pamela S |
| Printed: 02/24/09 | Filed:  12/18/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:         Dismissed:  January 5, 2009

Confirmed:  February 25, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,627.84 | |
| Secured: | | 5,507.63 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,574.82 |
| Trustee Fee: | | 545.39 |
| Other Funds: | | 0.00 |
| Totals: | 8,627.84 | 8,627.84 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,484.00 | 2,574.82 |
| 2. | Nuvell Credit Company LLC | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Auto Finance | Secured | 17,267.96 | 2,497.49 |
| 4. | ACC Consumer Finance | Secured | 23,227.01 | 3,010.14 |
| 5. | Internal Revenue Service | Priority | 140.93 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 18.91 | 0.00 |
| 7. | Capital One | Unsecured | 185.55 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 438.71 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 46.45 | 0.00 |
| 10. | Wells Fargo Auto Finance | Unsecured | 46.99 | 0.00 |
| 11. | American General Finance | Unsecured | 242.44 | 0.00 |
| 12. | Illinois Dept Of Human Services | Unsecured | 427.61 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 113.00 | 0.00 |
| 14. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 15. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 16. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 17. | Medical Collections | Unsecured | | No Claim Filed |
| 18. | Medical Collections | Unsecured | | No Claim Filed |
| 19. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 20. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| | | | $ 45,639.56 | $ 8,082.45 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Weathersby, Nathaniel            Case Number:  07 B 23802
      Weathersby, Carmelita            Judge:  Hollis, Pamela S
      Printed: 02/24/09            Filed:  12/18/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 82.24 |
| 6.5% | 377.59 |
| 6.6% | 85.56 |
| | $ 545.39 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: